*Isidor Unger* for motion.

*Henry Woodhouse,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that it does not appear that any constitutional question is involved.

WILLIAM HRUSKA, Appellant, *v.* JAMES STEWART & Co., INC., Respondent.

Submitted June 1, 1948; decided June 4, 1948.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 829.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MURRAY WINTERS, Appellant.

Submitted June 1, 1948; decided June 4, 1948.

All concur, except FULD, J., taking no part.

In the Matter of the Probate of the Will of JOSEPH C. GREFF, Deceased.

LESTER M. GREFF, Appellant; CHARLES A. PORTH et al., Respondents.

Submitted June 1, 1948; decided June 4, 1948.